IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. SARAH HERRINGTON, <br><br> Plaintiff; <br><br> vs. <br><br> 1. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, <br><br> Defendant. | Case No. CIV-16-562-JHP <br><br> (Formerly McIntosh County Case No. CJ-2016-38) |

## ORDER ON JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

On January 18, 2017, the parties jointly submitted a Joint Stipulation of Dismissal Without Prejudice to the Court.

Accordingly, the instant matter is dismissed without prejudice, and the parties will bear their own respective costs, including attorney fees and other litigation expenses.

IT IS SO ORDERED.

Dated this 18th day of January, 2017.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma